FILED
U.S. DISTRICT COURT
2011 JAN 10 A 10: 25
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TERRYETT WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALIND GRAHAM and HERBERT L. MERRIWEATHER,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:10-cv-0737 CW-SA<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On September 20, 2010, the Magistrate Judge issued a Report and Recommendation, recommending dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.[1] Plaintiff Terryett Woods filed no objection to the Report and Recommendation. After review of the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. Accordingly, this case is dismissed.

SO ORDERED this 7th day of January, 2011.

BY THE COURT:

Clark Waddoups
United States District Judge

---

[1] Docket No. 7.